UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH S. DUEST, AND MARCIA DUEST,<br><br>Petitioners,<br><br>V.<br><br>UNITED STATES OF AMERICA,<br><br>Adverse Party. | 03 - 30049 - KPN<br><br>FILING FEE PAID:<br>RECEIPT # 305451<br>AMOUNT $ 39.00<br>BY DPTY CLK MEL<br>DATE 12/12/03 |

### ASSENTED TO VERIFIED PETITION TO PERPETUATE TESTIMONY BEFORE ACTION IS FILED

Pursuant to Fed.R.Civ.P. 27, Joseph S. Duest and Marcia Duest, hereby respectfully petition this Honorable Court for an Order authorizing them to take the deposition of Joseph S. Duest. In support thereof, the Petitioners state the following:

1. Petitioners expect to be plaintiffs in an action cognizable in this Honorable Court pursuant to the provisions of the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b) and 2671-2680, *et seq*. The Petitioners have complied with all conditions required by law in filing an administrative claim with the Department of Veteran Affairs on June 3, 2003. The Department of Veteran Affairs has not yet ruled on Petitioners administrative claim.

2. The Petitioners, Joseph S. Duest and Marcia Duest, are husband and wife, and residents of Palmer, Hampden County, Massachusetts. The expected adverse party in this action is the United States of America, under the provisions of the

Federal Tort Claims Act, 28 U.S.C. §§ 1346(b) and 2671-2680, *et seq.*, for the negligence of its Department of Veteran Affairs and its Veterans Administration Medical Center in Springfield, Massachusetts. The Department of Veteran Affairs and the Petitioners are currently working together to resolve this matter. In the interest of justice, all parties agree that this matter will best be served with the Department of Veteran Affairs. If, however, this matter cannot be resolved with the Department of Veteran Affairs, the Petitioners intend to institute suit. In the interim, however, medical opinion indicates that Joseph S. Duest is likely to die, from his cancer.

3. The preservation of the testimony of Joseph S. Duest is crucial. Absent the requested deposition valuable evidence would be unavailable for trial. The basis of Petitioners claims is that Dr. Ghulam Dastgeer, Joseph S. Duest's primary care physician at the Veterans Administration Medical Center in Springfield, Massachusetts, was negligent in failing to diagnosis carcinoma in Joseph Duest. As a result of Dr. Dastgeers failure to diagnosis, Mr. Duest has developed an aggressive carcinoma with metastatic disease. Because of such, Petitioners have suffered grievous personal injuries. Joseph S. Duest's testimony is essential as to the course of his medical treatment with Dr. Dastgeer, as well as the injuries he has suffered as a result. The Petitioners case would naturally be weakened by the loss of such testimony.

4. The Petitioners expect the United States of America to be an adverse party in the contemplated action due to the negligence of its Department of Veteran

Affairs and its Veterans Administration Medical Center in Springfield, Massachusetts. The Adverse Party has assented to this Petition.

5. Without the perpetuation of the testimony of Joseph S. Duest a failure or delay in justice will occur. It is necessary to preserve evidence that will otherwise become unavailable.

WHEREFORE, Petitioners pray the court issue its order authorizing the deposition of Joseph S. Duest upon oral and audiovisual deposition for the purpose of perpetuating and preserving his testimony pursuant to Fed.R.Civ.P. 27.

| | |
|---|---|
| Respectfully Submitted,<br>The Petitioners,<br>By their attorneys,<br><br>_/s/ Renee Northrop_<br>Edward E. Kelly, BBO#266420<br>Renee M. Northrop, BBO# 654498<br>Barron & Stadfeld, P.C.<br>50 Staniford St., Suite 200<br>Boston, MA 02114<br>(617) 723-9800 | Assented to,<br>The Adverse Party,<br>By its attorney,<br><br>_/s/ Karen Goodwin_<br>Karen Goodwin,<br>United States Attorneys Office<br>1550 Main Street<br>Springfield, MA 01013<br>(413) 785-0269 |

## CERTIFICATE OF SERVICE

I, Renee M. Northrop, attorney for the Petitioners in the above-entitled action, hereby certify that on the 9th day of December, 2003, I served a copy of Assented to Verified Petition to Perpetuate Testimony Before Action is Filed, postage prepaid, upon counsel of record:

Karen Goodwin, Esq.
US Attorneys Office
1550 Main Street
Springfield, MA 01013

Karen Schulman, Esq.
Department of Veternas Affairs
Office of Regional Counsel (02)
Northampton Office
421 North Main Street
Leeds, MA 01053

_____
Renee M. Northrop

Dated: December 9, 2003

20706-1 [276656]